**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Ricardo BAUTISTA–RAMOS,
Defendant—Appellant.**

**No. 04–36008.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 8, 2005.*

Decided Nov. 30, 2005.

Kris A. McLean, Esq., Office of the U.S. Attorney, District of Montana, Missoula, MT, for Plaintiff–Appellee.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

John P. Rhodes, Esq., FDMT—Federal Defenders of Montana, Missoula, MT, for Defendant–Appellant.

Before: WALLACE, LEAVY, and BERZON, Circuit Judges.

MEMORANDUM **

Federal prisoner Ricardo Bautista–Ramos appeals from the district court's judgment denying his 28 U.S.C. § 2255 motion to vacate his sentence for illegal reentry after deportation in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 2255, and we affirm.

Bautista–Ramos contends that the district court erred by imposing a sentence based on judge-found facts, contrary to *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). His claim is foreclosed because *Booker* does not apply retroactively to convictions that became final prior to its publication. *See United States v. Cruz*, 423 F.3d 1119, 1119 (9th Cir.2005).

To the extent Bautista–Ramos raises an argument not encompassed within the certificate of appealability ("COA"), we construe this as a motion to broaden the COA and deny the motion. *See* 28 U.S.C. § 2253(c)(2); 9th Cir. R. 22–1(e).

AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.